**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>TONIA E KOONCE<br>MILTON JOHNSON<br>Debtor(s) | Case No. 10-44927 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/07/2010.

2) The plan was confirmed on 12/09/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/07/2012.

5) The case was completed on 07/07/2015.

6) Number of months from filing to last payment: 57.

7) Number of months case was pending: 65.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $39,510.00.

10) Amount of unsecured claims discharged without payment: $99,359.16.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $27,473.45 |
| Less amount refunded to debtor | $473.45 |

**NET RECEIPTS:**                                                                                          **$27,000.00**

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,316.42 |
| Other | $41.50 |

**TOTAL EXPENSES OF ADMINISTRATION:**                                               **$4,857.92**

Attorney fees paid and disclosed by debtor:           $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 740.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE HEALTH CARE | Unsecured | 740.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE MEDICAL GROUP | Unsecured | 312.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE SO SUBURBAN HOPITAL | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE SO SUBURBAN HOPITAL | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| APEX FINANCIAL MGMT | Unsecured | 3,025.59 | NA | NA | 0.00 | 0.00 |
| ASPIRE CARD | Unsecured | 2,704.00 | NA | NA | 0.00 | 0.00 |
| ATLANTIC CREDIT & FINANCE | Unsecured | 479.66 | NA | NA | 0.00 | 0.00 |
| BAC HOME LOANS SERVICING | Secured | 112,735.00 | NA | NA | 0.00 | 0.00 |
| BLATT HASENMILLER LEIBSKER | Unsecured | 1,252.15 | NA | NA | 0.00 | 0.00 |
| BROTHER LOAN & FINANCE | Unsecured | 500.00 | 1,603.94 | 1,603.94 | 322.60 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 1,246.00 | 1,509.50 | 1,509.50 | 303.60 | 0.00 |
| CHICAGO IMAGING LTD | Unsecured | 16.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO IMAGING LTD | Unsecured | 117.00 | NA | NA | 0.00 | 0.00 |
| CHRIST MEDICAL CENTER | Unsecured | 740.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK USA | Unsecured | 1,477.00 | NA | NA | 0.00 | 0.00 |
| DELL FINANCIAL SERVICES LLC | Unsecured | 2,451.00 | 2,802.59 | 2,802.59 | 563.68 | 0.00 |
| FINGERHUT | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| FINGERHUT | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| FMA ALLIANCE LTD | Unsecured | 5,327.41 | NA | NA | 0.00 | 0.00 |
| FORD MOTOR CREDIT | Unsecured | 1,601.00 | 924.37 | 924.37 | 185.92 | 0.00 |
| FORD MOTOR CREDIT | Secured | 12,000.00 | 12,000.00 | 12,000.00 | 12,000.00 | 1,649.69 |
| GEMB/HOME DESIGN | Unsecured | 3,025.00 | NA | NA | 0.00 | 0.00 |
| GRAND SEAS | Unsecured | 10,000.00 | NA | NA | 0.00 | 0.00 |
| GRAND SEAS | Secured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| GREEN TREE SERVICING LLC | Secured | 27,810.00 | 27,824.54 | 27,824.54 | 0.00 | 0.00 |
| GREEN TREE SERVICING LLC | Secured | NA | 300.97 | 300.97 | 300.97 | 0.00 |
| GREEN TREE SERVICING LLC | Unsecured | 25,545.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| HICKORY CARDIAC CARE | Unsecured | 537.00 | NA | NA | 0.00 | 0.00 |
| HOME DEPOT | Unsecured | 1,055.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| IL DEPT OF EMPL0YMENT SECURITY | Unsecured | NA | 7,300.00 | 7,300.00 | 1,468.23 | 0.00 |
| ILLINOIS COLLECTION SVC | Unsecured | 177.76 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 2,636.00 | 2,704.43 | 2,704.43 | 543.94 | 0.00 |
| MAIN STREET ACQUISITION | Unsecured | NA | 2,299.96 | 2,299.96 | 462.59 | 0.00 |
| MALCOM S GERALD & ASSOC | Unsecured | 312.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 132.00 | NA | NA | 0.00 | 0.00 |
| MERRICK BANK | Unsecured | 2,527.00 | 2,753.74 | 2,753.74 | 553.85 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Unsecured | 2,867.95 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 2,818.00 | 2,932.51 | 2,932.51 | 589.81 | 0.00 |
| NATIONAL CAPITAL MGMT LLC | Unsecured | 3,026.00 | 3,025.59 | 3,025.59 | 608.53 | 0.00 |
| NATIONWIDE CREDIT COLLECTION | Unsecured | 398.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 2,234.46 | NA | NA | 0.00 | 0.00 |
| ORCHARD BANK | Unsecured | 556.00 | NA | NA | 0.00 | 0.00 |
| PALOS COMMUNITY HOSPITAL | Unsecured | 204.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 1,000.00 | 4,794.67 | 4,794.67 | 964.34 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 591.00 | 591.61 | 591.61 | 118.99 | 0.00 |
| RAZOR CAPITAL LLC | Unsecured | 1,394.00 | 1,615.10 | 1,615.10 | 324.84 | 0.00 |
| RJM AQUISITIONS FUNDING | Unsecured | 379.00 | 379.65 | 379.65 | 76.36 | 0.00 |
| RUSH UNIVERSITY MED CENTER | Unsecured | 398.66 | NA | NA | 0.00 | 0.00 |
| SIR FINANCE | Unsecured | 500.00 | 1,058.00 | 1,058.00 | 212.79 | 0.00 |
| SOUTH SUBURBAN HOSPITAL | Unsecured | 77.00 | NA | NA | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | NA | 210.10 | 210.10 | 42.26 | 0.00 |
| UNITED RECOVERY SYSTEMS | Unsecured | 922.52 | NA | NA | 0.00 | 0.00 |
| Vanda LLC | Unsecured | 937.00 | 982.31 | 982.31 | 197.57 | 0.00 |
| Vanda LLC | Unsecured | 3,096.00 | 3,239.35 | 3,239.35 | 651.52 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $27,824.54 | $0.00 | $0.00 |
| Mortgage Arrearage | $300.97 | $300.97 | $0.00 |
| Debt Secured by Vehicle | $12,000.00 | $12,000.00 | $1,649.69 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$40,125.51** | **$12,300.97** | **$1,649.69** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$40,727.42** | **$8,191.42** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $4,857.92 |
| Disbursements to Creditors | $22,142.08 |
| **TOTAL DISBURSEMENTS** : | **$27,000.00** |

    12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/08/2016     By: /s/ Tom Vaughn
                                                             Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**